## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DIANA MEIGHAN, Administratrix of the** | : | |
| **ESTATE OF MICHAEL BOCKIUS** | : | |
| *Plaintiff,* | : | |
| | : | |
| **v.** | : | **CIVIL NO. 22-5138** |
| | : | |
| **CITY OF PHILADELPHIA, et al.,** | : | |
| *Defendants.* | : | |

### SCHEDULING ORDER

**AND NOW,** this **11th** day of **April, 2023**, upon consideration of the representations made by counsel at the Initial Pretrial Conference pursuant to Rule 16 held on April 4, 2023, it is hereby **ORDERED** that:

1.      All motions to amend the complaint and to join or add additional parties shall be filed by **April 24, 2023**.

2.      All fact discovery shall be completed by **August 11, 2023**.

3.      Plaintiff's expert reports are due by **September 8, 2023**.

4.      Defendants' expert reports are due by **October 6, 2023**.

5.      Motions for summary judgment, or any other dispositive motions, shall be filed by **November 10, 2023**. Responses to any motions for summary judgment shall be filed by **December 8, 2023**. Reply briefs in support of summary judgment shall be filed by **December 18, 2023**. Responses to other dispositive motions shall be filed by **November 28, 2023**. All motions must conform with Judge Scott's Policies and Procedures.

6.      The parties must submit pretrial memoranda (including proposed voir dire questions, proposed jury instructions, and verdict forms) and any complex motions in limine **by February 8, 2024**. Pretrial memoranda and motions in limine must comply with Local Rule of

Civil Procedure 16.1(c) and Judge Scott's Policies and Procedures.

      7.      The final pre-trial conference shall be held in Chambers on **Thursday, February 15, 2024, at 11:00 a.m.**

      8.      **This case will enter the trial pool on Tuesday, February 27, 2024**.

BY THE COURT:

HON. KAI N. SCOTT
United States District Court Judge