ABRAMSON & DENENBERG, P.C.
BY: ALAN E. DENENBERG, ESQ.
IDENTFICATION NUMBER: 54161
1315 WALNUT STREET, SUITE 500
PHILADELPHIA, PENNA. 19107          ATTORNEY FOR PLAINTIFF
(215) 546-1345

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DIANA MEIGHAN, ADM. ESTATE OF    : CIVIL ACTION
MICHAEL BOCKIUS                  :
                                 :
           VS.                   :
                                 :
CITY OF PHILADELPHIA, ET AL      : NO. 22-CV-5138

### AFFIDAVIT OF SERVICE

The City of Philadelphia, by and through its agent, servant and/or employee, Milagros Colon, hereby accepts service on behalf of the defendants listed below of Plaintiff's Second Amended Complaint filed in the above captioned matter on September 13, 2023:

    Sgt. Krzysztof Wrzesinski, Badge No. 8812
    Cpl. Lorna Rose, Badge No. 8196
    P.O. Bernard Tucker, Badge No. 2471
    P.O. Kevin Creely, Badge No. 4780
    P.O. Robert McGrody, Badge No. 3445
    P.O. Casey Galazka, Badge No. 9337
    P.O. Jerome Joseph, Badge No. 2311
    P.O. Henry Lewis, Badge No. 3295
    P.O. David Soto, Badge No. 7120
    P.O. Tierre Welton, Badge No. 9377
    P.O. Frane Markusovic, Badge No. 6630

SEE ACCEPTANCE OF SERVICE ATTACHED HERETO AS EXHIBIT "A".

The facts contained in the foregoing are true and correct to the best of the signers knowledge, information and belief; this statement is made subject to the penalties of 18 Pa. C.S. 4904 relating to unsworn falsification to authorities.

Date: 9-14-23

_____
ALAN E. DENENBERG, ESQ.

 **Gmail**    Mardell Ferron <mferron@adlawfirm.com>

## RE: Diana Meighan, Adm. Estate of Michael Bockius vs. City of Phila., et al Civil Action : 23-c-5138

1 message

**City Closure Complaints** <City_Closure_Complaints@phila.gov>    Wed, Sep 13, 2023 at 5:01 PM
To: Mardell Ferron <mferron@adlawfirm.com>
Cc: Derek Kane <Derek.Kane@phila.gov>

I accept service of the Amended Complaint with Notice to Defend and Plaintiff's Verification in the above matter (2:22-cv-05138) on behalf of Sgt. Krzysztof Wrzesinski, Cpl. Lorna Rose, P.O. Bernard Tucker, P.O. Kevin Creely, P.O. Robert McGrody, P.O. Casey Galazka, P.O. Jerome Joseph, P.O. Henry Lewis, P.O. David Soto, P.O. Tierre Welton and P.O. Frane Markusovic **only** and certify that I am authorized to do so.

*Milagros Colon ( Millie )*

City of Philadelphia

Law Dept./Tort Litigation Unit

Data Services Support Clerk

1515 Arch St, 14th Fl

Phila., Pa  19102

215-683-5371

Milagros.Colon@phila.gov

**From:** Mardell Ferron <mferron@adlawfirm.com>
**Sent:** Wednesday, September 13, 2023 3:58 PM
**To:** City Closure Complaints <City_Closure_Complaints@Phila.gov>; Alan Denenberg <adenenberg@adlawfirm.com>; Derek Kane <Derek.Kane@Phila.gov>
**Subject:** Re: Diana Meighan, Adm. Estate of Michael Bockius vs. City of Phila., et al Civil Action : 23-c-5138

> **External Email Notice.** This email comes from outside of City government. Do not click on links or open attachments unless you recognize the sender.

To Whom It May Concern:



EXHIBIT A

 Gmail          Mardell Ferron <mferron@adlawfirm.com>

## Re: Diana Meighan, Adm. Estate of Michael Bockius vs. City of Phila., et al Civil Action : 23-c-5138

1 message

**Mardell Ferron** <mferron@adlawfirm.com>        Wed, Sep 13, 2023 at 3:58 PM
To: City Closure Complaints <City_Closure_Complaints@phila.gov>, Alan Denenberg <adenenberg@adlawfirm.com>, derek.kane@phila.gov

To Whom It May Concern:

Attached hereto is Plaintiff's Second Amended Civil Action Complaint which has been filed in the U.S. District Court for the Eastern District of Pennsylvania. We have filed suit against:
Lieutenant Bisarat Worede, Badge No. 72
Sgt. Krzysztof Wrzesinski, Badge, No. 8812
Cpl. Lorna Rose, Badge No. 8196
Cpl. John Doe, Badge No. 8139
P.O. Bernard Tucker, Badge No. 2471
P.O. Kevin Creely, Badge No. 4780
P.O. Robert McGrody, Badge No. 3445
P.O. Casey Galazka, Badge No. 9337
P.O. Patrick Clark, Badge No. 9909
P.O. Jerome Joseph, Badge No. 2311
P.O. Henry Lewis, Badge No. 3295
P.O. David Soto, Badge No. 7120
P.O. Tierre Welton, Badge No. 9377
P.O. Donte Bush, Badge No. 1911
P.O. Frane Markusovic, Badge No. 6630

Please advise if you will accept service on their behalf.

Sincerely,

--
Mardell V. Ferron, Legal Secretary
Abramson & Denenberg, P.C.
1315 Walnut Street, Suite 500
Philadelphia, Pa. 19107
(215) 546-1345, Ext. 101

📎 **Bockius Second Amended Complaint.PDF**
    19237K