IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIANA MEIGHAN, Administratrix of the ESTATE OF MICHAEL BOCKIUS<br>*Plaintiff,*<br><br>v.<br><br>CITY OF PHILADELPHIA, et al.,<br>*Defendants.* | :<br>:<br>:<br>:<br>: CIVIL NO. 22-5138<br>:<br>:<br>: |

## SECOND AMENDED SCHEDULING ORDER

**AND NOW**, this **24th** day of **October, 2023**, upon consideration of the parties' Joint Motion to Extend Discovery Deadlines (ECF No. 29), and the representations made by counsel at the Status Conference held on October 23, 2023, it is hereby **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Scheduling Order dated April 11, 2023 (ECF No. 16), and the Order dated August 7, 2023 (ECF No. 24) modifying the deadlines in the April 11, 2023, Scheduling Order are **AMENDED** as follows:

1. This case is referred to the Honorable Elizabeth T. Hey, United States Magistrate Judge, for settlement discussions. The parties shall promptly advise Judge Scott of any resolution of this case by emailing Chambers at Chambers_of_Judge_Kai_Scott@paed.uscourts.gov.

2. All fact discovery shall be completed by **March 8, 2024.**

3. Plaintiff's expert reports are due by **April 5, 2024.**

4. Defendants' expert reports are due by **May 3, 2024.**

5. Motions for summary judgment, or any other dispositive motions, shall be filed by **June 7, 2024.** Responses to any motions for summary judgment shall be filed by **July 8, 2024.** Reply briefs in support of summary judgment shall be filed by **July 22, 2024.** Responses to other

dispositive motions shall be filed by **June 21, 2024**. All motions must conform with Judge Scott's Policies and Procedures.

6. The parties must submit pretrial memoranda (including proposed voir dire questions, proposed jury instructions, and verdict forms) and any complex motions in limine **by October 10, 2024**. Pretrial memoranda and motions in limine must comply with Local Rule of Civil Procedure 16.1(c) and Judge Scott's Policies and Procedures.

7. The final pre-trial conference shall be held in Chambers on **Thursday, October 17, 2024, at 10:00 a.m**.

8. **This case will enter the trial pool on Tuesday, October 29, 2024.**

BY THE COURT:

_____
HON. KAI N. SCOTT
United States District Court Judge